UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN D. LONG, | ) |
|     Plaintiff, | ) |
| vs. | ) 1:08-cv-890 SEB-TAB |
| FRANKLIN COMMUNITY SCHOOL CORPORATION, | ) |
|     Defendant. | ) |

## **JUDGMENT**

The Court, having issued its Entry on Defendant's Renewed Motion for Summary Judgment, now enters judgment in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: 09/21/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Takeia R. Johnson
FROST BROWN TODD LLC
tjohnson@fbtlaw.com

Michael Gregory Moore
mmoore8824@aol.com

Anthony W. Overholt
FROST BROWN TODD LLC
aoverholt@fbtlaw.com

Roger A. Young
YOUNG & YOUNG
yfastford4x4@netzero.com